**FILED**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

2016 NOV 23  AM 11: 31

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

KAREN LENORE SABOL,

      Plaintiffs,

vs.

CASE NO.:  5:16-cv-679-oc-30 PRC

USAA CASUALTY INSURANCE
COMPANY,

      Defendant.

## DEFENDANT USAA CASUALTY INSURANCE COMPANY'S NOTICE OF REMOVAL

Defendant USAA Casualty Insurance Company ("USAA CIC") pursuant to 28 U.S.C. §§ 1332, 1441 and 1446 files a Notice of Removal to this Court of the above-captioned matter from the Fifth Judicial Circuit, Lake County, Florida.  In support of the removal of this action, Defendant USAA CIC states as follows:

1.      Plaintiff Karen Lenore Sabol filed a civil action against USAA CIC in the Circuit Court for Lake County, Florida, Case No.: 2016-CA-001524 for injuries arising out of a motor vehicle accident that occurred in Lake County, Florida on April 24, 2015.  In the Complaint Plaintiff asserts a claim for uninsured/underinsured motorist benefits (Count I), a claim for Declaratory Judgment (Count II) and a claim for bad faith pursuant to Fla. Stat. §624.155 (Count III).

2.      Defendant USAA CIC removes this action on the basis of diversity jurisdiction pursuant to 28 U.S.C. §§ 1332 and 1441.  This civil action is between citizens of different states and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

3.      Plaintiff and Defendant are diverse in citizenship.

01966700

4.      Plaintiff is a citizen of Lake County, Florida. See (Compl. at ¶2).

5.      Defendant USAA CIC is a foreign corporation, incorporated under the law of Texas with its principal place of business in San Antonio, Texas.

6.      Accordingly, for the purpose of determining whether diversity jurisdiction exits, Defendant is a citizen of Texas. 28 U.S.C. §1332(c) (a corporation is a citizen of any state in which it is incorporated and of the state where its principal place of business is located).

7.      Based on Plaintiff's allegations contained in the Complaint and CRN, the amount in controversy exceeds $75,000.00, exclusive of costs and interests.  Plaintiff's Complaint alleges that Plaintiff has suffered permanent injury, hospitalization expenses, medical and nursing care and treatment, as well as non-economic damages including, but not limited to, pain and suffering, mental anguish and loss of the enjoyment of life. (Compl. ¶ 10).

8.      On June 7, 2016, Plaintiff filed a Civil Remedy Notice ("CRN") asserting Plaintiff suffered significant injuries and damages that is in excess of the $300,000 policy limits. (See Exhibit B to Plaintiff's Complaint)

9.      Service of Defendant USAA CIC occurred on November 2, 2016.  As such, Defendant timely files this Notice of Removal within 30 days.  28 U.S.C. §1446(b); Fed. R. Civ. P. (6)(1).

10.      The United States District Court for the Middle District of Florida, Ocala Division, encompasses the location of the State Court action.  Thus, Defendant may properly remove the State Court action to this Court pursuant to 28 U.S.C. § 1441(a).

11.      Copies of all process, pleadings, and Orders served upon Defendant are filed concurrently with this Notice of Removal as required by 28 U.S.C. §1446(a). **Exhibit A.**

12.    Pursuant to 28 U.S.C. § 1446(b), the Defendant served written notice on the Plaintiff of this Notice of Removal.  The Defendant filed and served a true and correct copy of the Notice of Filing Notice of Removal with the State Court as required by 28 U.S.C. §1446 (d).

**Exhibit B.**

13.    Defendant has submitted herewith a filing fee of $400.00.

WHEREFORE, Defendant USAA CIC respectfully requests that this Court accept the removal of this action from State Court.

BOYD & JENERETTE, P.A.

*/s/ Kristen M. Van der Linde*

KRISTEN M. VAN DER LINDE
Florida Bar No. 0964573
PAMELA J. NELSON
Florida Bar No. 0949700
201 North Hogan Street, Suite 400
Jacksonville, Florida 32202
904-353-6241 - Telephone
904-493-3739 - Facsimile
Attorneys for USAA CIC
Primary Address for E-service:
efiling@boydjen.com

FISHER RUSHMER ATTORNEYS AT LAW

*/s/ Philip T. King, Jr*

PHILIP T. KING, JR
Florida Bar No. 372439
390 North Orange Avenue, Suite 2200
Orlando, FL 32802
407-843-2111 - Telephone
407-422-1080 - Facsimile
Attorney for USAA CIC
Primary Address for E-service:
pking@fisherlawfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to Travis J. McMillen, Esq. (tmcmillen@boginmunns.com) 2601 Technology Drive, Orlando, Florida 322804 by Electronic Mail this _____ day of November, 2016.

*/s/ Kristen M. Van der Linde*

Attorney