UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

KAREN LENORE SABOL,

    Plaintiff,

v.                                               Case No: 5:16-cv-679-Oc-30PRL

USAA CASUALTY INSURANCE
COMPANY,

    Defendant.
_____

## ORDER

THIS CAUSE comes before the Court upon the Joint Motion for Dismissal (Dkt. 26). Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1.     The Joint Motion for Dismissal (Dkt. 26) is GRANTED.

2.     This case is dismissed with prejudice.

3.     The Clerk is directed to terminate any pending motions and close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 29th day of September, 2017.

*[Signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record